**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

THOMAS JAMES MILLER
JESSICA DAWN MILLER

CHAPTER __13__

CASE NO. _1_-_18_-bk-_02754RNO_

Debtor(s)
FORD MOTOR CREDIT COMPANY LLC

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.

THOMAS JAMES MILLER
JESSICA DAWN MILLER
CHARLES DeHART, III, TRUSTEE

Nature of Proceeding: STAY LIFT

Pleading: MOTION FOR RELIEF

Defendant(s)/Respondent(s)

Document #: 44

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
[✓] Thirty (30) days.
[ ] Forty-five (45) days.
[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 8, 2019            /s/ Howard Gershman
                                Attorney for Ford Motor Credit Company LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 1:18-bk-02754-HWV    Doc 47    Filed 03/08/19    Entered 03/08/19 09:37:36    Desc
Main Document    Page 1 of 1