# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-02754 |
| **Thomas James Miller AKA Thomas J. Miller** | : Chapter 13 |
| | : Judge Henry W. Van Eck |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Related Document # |
| | : |
| Movant, | : |
| vs | : |
| | : |
| **Thomas James Miller AKA Thomas J. Miller** | : |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : |
| **Jack N Zaharopoulos** | |
| Respondents. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                                      Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.

21-008539_PS

Contact email is abh@manleydeas.com

21-008539_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-02754 |
| **Thomas James Miller AKA Thomas J. Miller** | : **Chapter 13** |
| | : **Judge Henry W. Van Eck** |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Related Document # |
| **Movant,** | : |
| vs | : |
| | : |
| **Thomas James Miller AKA Thomas J. Miller** | : |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : |

**Jack N Zaharopoulos**
**Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, jacknchicago@gmail.com

James P Sheppard, Attorney for Thomas James Miller AKA Thomas J. Miller and Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith, jamessheppard@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

21-008539_PS

Thomas James Miller AKA Thomas J. Miller and Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith, 305 Poplar Rd, New Oxford, PA  17350-8409

                                                     /s/ Adam B. Hall

21-008539_PS