UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS JAMES MILLER  Case No.: 1-18-02754-HWV
JESSICA DAWN MILLER  Chapter 13
      Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 07
Last Four of Loan Number: 305 Poplar Rd - PRE-ARREARS - 8791
Property Address if applicable: 305 POPLAR RD, , NEW OXFORD, PA17350-8409

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $456.66
b. Prepetition arrearages paid by the Trustee: $456.66
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $456.66

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 2, 2021               Respectfully submitted,

                                  s/ Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee
                                  Suite A, 8125 Adams Drive
                                  Hummelstown, PA  17036
                                  Phone:  (717) 566-6097
                                  Fax:  (717) 566-8313
                                  eMail:  info@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 07

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9007012 | 04/14/2020 | $91.35 | $0.00 | $91.35 |
| 5200 | 9007213 | 05/06/2020 | $24.61 | $0.00 | $24.61 |
| 5200 | 9007438 | 06/02/2020 | $49.22 | $0.00 | $49.22 |
| 5200 | 9007723 | 07/07/2020 | $73.83 | $0.00 | $73.83 |
| 5200 | 9008021 | 08/12/2020 | $49.22 | $0.00 | $49.22 |
| 5200 | 9008341 | 09/17/2020 | $73.84 | $0.00 | $73.84 |
| 5200 | 9008661 | 10/15/2020 | $24.61 | $0.00 | $24.61 |
| 5200 | 9008938 | 11/03/2020 | $49.77 | $0.00 | $49.77 |
| 5200 | 9009215 | 12/10/2020 | $20.21 | $0.00 | $20.21 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

THOMAS JAMES MILLER  Case No.: 1-18-02754-HWV
JESSICA DAWN MILLER  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JAMES P. SHEPPARD, ESQUIRE  SERVED ELECTRONICALLY
2201 NORTH 2ND STREET
HARRISBURG PA, 17110-

CHASE RECORDS ATT: CORRESPONDENCE MAIL  SERVED BY 1ST CLASS MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA, 71203

THOMAS JAMES MILLER  SERVED BY 1ST CLASS MAIL
JESSICA DAWN MILLER
305 POPLAR RD
NEW OXFORD, PA 17350-8409

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com