United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thomas James Miller  
Jessica Dawn Miller  
    Debtors

Case No. 18-02754-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 03, 2021     Form ID: 3180W     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Thomas James Miller, Jessica Dawn Miller, 305 Poplar Rd, New Oxford, PA 17350-8409 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5079252 | | American Education Serv Payment Ctr, Harrisburg, PA 17130-0001 |
| 5098992 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5079260 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5079261 | | Eugene Smith, 311 Lingg Rd, New Oxford, PA 17350-9448 |
| 5079263 | + | Great Lakes Higher Education, 2401 International Ln, Madison, WI 53704-3192 |
| 5115372 | | Hanover Hospital, c/o Bureau of Account Management, 3607 Rosemont Avenue Ste 502, Camp Hill PA 17011-6943 |
| 5098930 | | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5079251 | | James P Sheppard Esquire, 2201 N 2nd St, Harrisburg, PA 17110-1007 |
| 5079250 | | Miller Jessica Dawn, 305 Poplar Rd, New Oxford, PA 17350-8409 |
| 5079249 | | Miller Thomas James, 305 Poplar Rd, New Oxford, PA 17350-8409 |
| 5115370 | | New Oxford Municipal Authority, 409 Water Works Road, New Oxford, PA 17350-1511 |
| 5087379 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5079266 | | PNC Bank, 1275 York Rd Ste 4, Gettysburg, PA 17325-7565 |
| 5079267 | | PNC Core, PO Box 856177, Louisville, KY 40285-6177 |
| 5117644 | + | Peter T. Ruth, 221 W. Philadelphia Street, Ste E600, York, PA 17401-2991 |
| 5115373 | | Quantum Imaging & Therapeutic Assoc, 629 Lowther Rd Apt D, Lewisberry, PA 17339-9527 |
| 5115371 | | Steven M. Hovis, Esquire, Stock and Leader, 221 W Philadelphia St Ste E600, York, PA 17401-2991 |
| 5115374 | | UPMC Pinnacle Memorial, 300 Highland Avenue, Hanover, PA 17331-2297 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: ECMC.COM | Jun 03 2021 22:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | EDI: JPMORGANCHASE | Jun 03 2021 22:43:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 5079253 | EDI: CAPITALONE.COM | Jun 03 2021 22:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5099919 | EDI: CAPITALONE.COM | Jun 03 2021 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5100471 | EDI: BL-BECKET.COM | Jun 03 2021 22:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5079254 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Care Credit Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5079258 | Email/PDF: DellBKNotifications@resurgent.com | Jun 03 2021 19:09:22 | Dell Preferred Account, c/o DFS Customer Care |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 5079259 | EDI: RMSC.COM | | Dept, PO Box 81577, Austin, TX 78708-1577 |
| | | Jun 03 2021 22:43:00 | Dicks Sporting Goods Synchrony Bank, PO Box 530916, Atlanta, GA 30353-0916 |
| 5081385 | EDI: DISCOVER.COM | Jun 03 2021 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5200275 | EDI: ECMC.COM | Jun 03 2021 22:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5200276 | EDI: ECMC.COM | Jun 03 2021 22:43:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 5093333 | EDI: FORD.COM | Jun 03 2021 22:43:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 5079262 | EDI: FORD.COM | Jun 03 2021 22:43:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 5079255 | EDI: JPMORGANCHASE | Jun 03 2021 22:43:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 5079256 | EDI: JPMORGANCHASE | Jun 03 2021 22:43:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 5079257 | EDI: JPMORGANCHASE | Jun 03 2021 22:43:00 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 5079264 | Email/Text: PBNCNotifications@peritusservices.com | Jun 03 2021 18:55:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 5079265 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 5104461 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 18:55:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5100900 | EDI: PRA.COM | Jun 03 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5079992 | + EDI: RECOVERYCORP.COM | Jun 03 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5079268 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Shaw Financial Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5079269 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Synchrony Bank JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 5079270 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Synchrony Financial, PO Box 960061, Orlando, FL 32896-0061 |
| 5104908 | + Email/Text: bncmail@w-legal.com | Jun 03 2021 18:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5079271 | EDI: WTRRNBANK.COM | Jun 03 2021 22:43:00 | Target TD Bank USA, PO Box 660170, Dallas, TX 75266-0170 |
| 5093648 | EDI: WFFC.COM | Jun 03 2021 22:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5103876 | EDI: WFFC.COM | Jun 03 2021 22:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine CA 92623-9657 |
| 5079272 | EDI: WFFC.COM | Jun 03 2021 22:43:00 | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 5079273 | EDI: RMSC.COM | Jun 03 2021 22:43:00 | Wolf Furniture Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5103656 | EDI: ECAST.COM | Jun 03 2021 22:43:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5200277 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5200295 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5200278 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 5200296 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company  LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| James P Sheppard | on behalf of Debtor 2 Jessica Dawn Miller jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| James P Sheppard | on behalf of Debtor 1 Thomas James Miller jamespsheppard@comcast.net dabsheppardlaw@comcast.net;G22576@notify.cincompass.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Thomas James Miller<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2523<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jessica Dawn Miller<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0828<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-02754-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas James Miller
aka Thomas J. Miller

Jessica Dawn Miller
aka Jessica D. Miller, aka Jessica D. Smith

6/3/21

**By the court:** _[signature]_

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**