**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Thomas James Miller AKA Thomas J. Miller** | : | **CHAPTER 13** |
| | : | |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : | **CASE NO.: 18-02754** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs | : | **Nature of Proceeding: Hearing** |
| | : | **Pleading: Motion for Relief from the Automatic Stay** |
| **Thomas James Miller AKA Thomas J. Miller** | : | |
| **Jessica Dawn Miller AKA Jessica D. Miller, AKA Jessica D. Smith** | : | |
| | | **Document #: 93** |
| **Jack N Zaharopoulos (Trustee)** | | |
| **Defendants(s)/Respondent(s)** | | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

21-008539_SCS2

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 06/10/2021

/s/ Adam B. Hall

Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

21-008539_SCS2